AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| **Santiago Guadalupe HORTELANO-Cerrito (23)** | ) | |
| **Jacoqui, Guanajuato, Mexico** | ) | L-22-MJ-_____ |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 17, 2022** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001 | Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully<br>(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;<br>(2) makes any materially false, fictitious, or fraudulent statement or representation; or<br>(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry. |

This criminal complaint is based on these facts:

On January 17, 2022, at approximately 5:47 am, defendant Santiago Guadalupe HORTELANO-Cerrito, a citizen & national of Mexico applied for admission into the United States at the Juarez-Lincoln Port of Entry in Laredo, Texas, as a passenger in a commercial bus. At primary, defendant claimed to be a United States Citizen & presented a State of Texas birth certificate bearing the name of J.H.C. to inspecting primary CBP Officer Andy Aguilar. Defendant acknowledged ownership of the birth certificate & stated he was traveling to Austin, Texas to be with his sister & brother. Due to inconsistencies with travel itinerary & the defendant's statements, CBPO A. Aguilar proceeded to refer defendant to secondary for further inspection. In secondary, under oath, defendant identified himself as Santiago Guadalupe HORTELANO-Cerrito, an undocumented citizen & national of Mexico born in Jacoqui, Guanajuato, Mexico. Defendant admitted that the document belongs to his brother & that he took the document from his brother without his consent. Defendant also admitted that he is aware that he misrepresented himself as someone else in order to enter the United States. The defendant does not possess legal documents that would allow him to come to, enter, or remain in the United States. Facts are based on defendant's sworn statement & records of Customs & Border Protection. The defendant was paroled into the United States & an Immigration hold has been placed.

☐ Continued on the attached sheet.

/s/ Liza Farias
*Complainant's signature*

Liza Farias, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 18, 2022

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*